July 20, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

VARKEY THOMAS, Appellant

NO. 14-17-00325-CV                    V.

JOHN PHILIP, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 23, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Varkey Thomas.

We further order this decision certified below for observance.